**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MACROSOLVE, INC.,** § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | **CASE NO. 6:11-cv-694-LED-JDL** |
| § | **(CONSOLIDATED LEAD CASE)** |
| **UNITED AIR LINES, INC., et. al.** § | |
| § | |
| Defendant § | |

## ORDER OF DISMISSAL

In light of the settlement agreement between Plaintiff MacroSolve, Inc. ("MacroSolve") and Defendants United Air Lines, Inc. and Continental Airlines, Inc. ("United") and the parties' joint motion to dismiss, it is hereby ORDERED that all claims and counterclaims made by MacroSolve and United against each other in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 27th day of August, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**